E-filing

COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C § 1983

Name COURTNEY    DARRELL
     (Last)      (First)      (Initial)

Prisoner Number J-94495

Institutional Address P.O. BOX 290066 Repersa CA. 95671

===================================================================

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DARRELL COURTNEY
(Enter the full name of the plaintiff in this action)

vs.

RICHER MOUSER
(Enter the full name of the defendant(s) in this action)

Case No. CV 08 1791 JSW (PR)
(To be provided by the clerk of court)

COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C § 1983

All questions on this complaint form must be answered in order for your action to proceed.

I. Exhaustion of Administrative Remedies

Note: You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.

A. Place of present confinement PRISON/SAC

B. Is there a grievance procedure in this institution?
   YES (✓)   NO ( )

C. Did you present the facts in your complaint for review through the grievance procedure?   YES(~~✓~~)   NO (✓)

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal _____

2. First formal level _____

3. Second formal level _it went to the Second level but I never got a answer back._

4. Third formal level _____

E. Is the last level to which you appealed the highest level of appeal available to you? YES (✓) NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why. _they Transfer me down to Soc. P.S.U._

II. Parties

Write your name and your present address. Do the same for additional plaintiffs, if any.

A. _DARRell COURtNey #J-94495_
_P.O. Box 290066 RepeRSA CA. 95671_

Write the full name of each defendant, his or her official position, and his or her place of employment.

B. _RicheR MouseR   P.B.S.P./P.S.U._

III. <u>Statement of Claim</u>

State here as briefly as possible the <u>facts</u> of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

I ASK C/OR. Mouser what was we HAVING for chow He open the foodport AND throw MY MILK At me AND pull me threw the foodport AND Cut MY Stomoth I DID A Use of force interview with L.T. COOK AND AMIS ON 8-15-07 At 9:00AM.

IV. **Relief**

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

I WANt the Court to pay me. because I got hurt by a police offer.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _Courtny_ day of _3-31-08_, ~~19~~ 2008

_Darnell Courtney_
(Plaintiff's signature)

(rev. 5/96)