IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

E-filing

|                      |   |                      |
|----------------------|---|----------------------|
|                      | ) |                      |
|                      | ) |                      |
|                      | ) |                      |
|       Plaintiff,     | ) | CASE NO.             |
|                      | ) |                      |
|   v.                 | ) | PRISONER'S           |
|                      | ) | IN FORMA PAUPERIS    |
|                      | ) | APPLICATION          |
|                      | ) |                      |
|       Defendant.     | ) |                      |
|                      | ) |                      |

1791 JSW (PR)

I, _____, declare under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes _____ No _____

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

_____

_____

BLANK IFP
SUBMITTED
BY PLAINTIF

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

    a. Business, Profession or self employment     Yes \_\_\_\_\_ No \_\_\_\_\_

    b. Income from stocks, bonds, or royalties?     Yes \_\_\_\_\_ No \_\_\_\_\_

    c. Rent payments?     Yes \_\_\_\_\_ No \_\_\_\_\_

    d. Pensions, annuities, or life insurance payments?     Yes \_\_\_\_\_ No \_\_\_\_\_

    e. Federal or State welfare payments, Social Security or other government source?     Yes \_\_\_\_\_ No \_\_\_\_\_

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____

_____

3. Are you married? Yes \_\_\_\_\_ No \_\_\_\_\_

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____ Net $_____

4.   a. List amount you contribute to your spouse's support:

$ _____

    b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support:

_____

_____

5. Do you own or are you buying a home? Yes \_\_\_\_\_ No \_\_\_\_\_

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile? Yes \_\_\_\_\_ No \_\_\_\_\_

Make _____ Year _____ Model _____

Is it financed? Yes \_\_\_\_\_ No \_\_\_\_\_ If so, Total due: $ _____

Monthly Payment: $

7. Do you have a bank account? (If you are a prisoner, include funds in your prison account, and provide the certificate attached, signed by an officer of the prison.)

Yes _____ No _____

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash? Yes _____ No _____ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes _____ No _____

_____

8. What are your monthly expenses?

Rent: $ _____ Utilities: _____

Food: $ _____ Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed On This Account |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable.)

_____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_____          _____
        DATE                           SIGNATURE OF APPLICANT

3

Case Number:_____

CERTIFICATE OF FUNDS

IN

PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _____ for the last six months at
[prisoner name]

_____ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $_____ and the average balance in the prisoner's account each month for the most recent 6-month period was $_____.


Dated:_____      _____
                          Authorized officer of the institution

4

```
TS210B            CALIFORNIA DEPARTMENT OF CORRECTIONS
                       ITAS TRUST ACCOUNT DISPLAY

--------------- ACCOUNT INFORMATION --------------- ------ SPECIAL ITEMS -------

ACCOUNT NUMBER:   J94495
  ACCOUNT NAME:   COURTNEY, DARREL
  ACCOUNT TYPE:   I
CURRENT BALANCE:         0.00
   HOLD BALANCE:       214.90
ENCUM. BALANCE:          0.00                      ABNORMAL BALANCE
     AVAILABLE:       214.90-
PRIVILEGE GROUP:  D
   LAST CANTEEN:

--------- HOUSING LOCATION ---------        --------- ARRIVAL INFORMATION ----------

         FACILITY:  FOL  C                    ARRIVAL DATE:   11/18/2007
 BED/CELL NUMBER:  FA1 1 00000029S           ARRIVAL STATUS:  MDRTN
                                              FROM LOCATION:  FMH
                                             ARRIVAL COMMENT:


 TS210BA              BEGINNING DATE FOR TRANSACTION DISPLAY:   /  /
Type a starting date, OR press ENTER for all transactions, OR press F5, F6, F8
```

