```
                                                    FILED
                                                   MAY - 1 2008
                                              RICHARD W. WIEKING
                                              CLERK, U.S. DISTRICT COURT
                                              NORTHERN DISTRICT OF CA...
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

_____ )
                      )
                      )
           Plaintiff, ) CASE NO. CV-08-1791 JSW
                      )
vs.                   ) PRISONER'S
                      ) APPLICATION TO PROCEED
                      ) IN FORMA PAUPERIS
                      )
           Defendant. )
_____ )

I, DARRell Courtney, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: ___N/A_____ _N/A_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS            - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)

4  _____
5  _____ N/A _____
6  _____

7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9       a.   Business, Profession or                Yes ___ No ✓
10           self employment
11      b.   Income from stocks, bonds,             Yes ___ No ✓
12           or royalties?
13      c.   Rent payments?                         Yes ___ No ✓
14      d.   Pensions, annuities, or                Yes ___ No ✓
15           life insurance payments?
16      e.   Federal or State welfare payments,     Yes ___ No ✓
17           Social Security or other govern-
18           ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____ N/A _____
22  _____

23  3.    Are you married?                          Yes ___ No ✓
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____ N/A _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $ _NONE_____   Net $ _____NONE_____
28  4.    a.    List amount you contribute to your spouse's support:$ _NONE_

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 2 -

b.  List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____NONE_____

_____

5.  Do you own or are you buying a home?   Yes ___ No ✓

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.  Do you own an automobile?   Yes ___ No ✓

Make _____ Year _____ Model _____

Is it financed? Yes ___ No ✓ If so, Total due: $ _____

Monthly Payment: $ NONE

7.  Do you have a bank account? Yes ___ No ___ (Do not include account numbers.)

Name(s) and address(es) of bank: _____NONE_____

_____NONE_____

Present balance(s): $ _____NONE_____

Do you own any cash? Yes ___ No ✓ Amount: $ NONE

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No ✓

_____

8.  What are your monthly expenses?

Rent: $ NONE    Utilities: NONE

Food: $ NONE    Clothing: NONE

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| NONE | $ NONE | $ NONE |
|  | $ |  $ |
|  | $ |  $ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do <u>not</u> include account numbers.)

_____N/A_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____NONE_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

4-21-08                              Darrell Courtney
DATE                                 SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS              - 4 -

Case Number: CV-08-1791

# CERTIFICATE OF FUNDS
# IN
# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _____ for the last six months
[prisoner name]
_____ where (s)he is confined.
[name of institution]
I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $_____ and the average balance in the prisoner's account each month for the most recent 6-month period was $_____.

Dated: 4/21/08 _____
[Authorized officer of the institution]

```
REPORT ID: TS3030   .701                                                                          REPORT DATE: 04/14/08
                                                                                                  PAGE NO:          1
                              CALIFORNIA DEPARTMENT OF CORRECTIONS
                                CALIF STATE PRISON SACRAMENTO
                                INMATE TRUST ACCOUNTING SYSTEM
                                INMATE TRUST ACCOUNT STATEMENT

                       FOR THE PERIOD: OCT. 01, 2007 THRU APR. 14, 2008

ACCOUNT NUMBER : J94495                              BED/CELL NUMBER: FA2 2 00000020S
ACCOUNT NAME   : COURTNEY, DARREL                    ACCOUNT TYPE: I
PRIVILEGE GROUP: D

                            TRUST ACCOUNT ACTIVITY

                 << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                            TRUST ACCOUNT SUMMARY
 BEGINNING         TOTAL          TOTAL        CURRENT       HOLDS           TRANSACTIONS
  BALANCE         DEPOSITS      WITHDRAWALS    BALANCE      BALANCE          TO BE POSTED
 ---------       ---------      -----------    -------      -------          ------------
    0.00            0.00            0.00         0.00       222.40               0.00

                            CURRENT HOLDS IN EFFECT
 DATE
 PLACED    HOLD                                                                      HOLD
           CODE    DESCRIPTION                             COMMENT                  AMOUNT
 ------    ----    -----------                             -------                  ------
10/25/2007  H104   DAMAGES HOLD                           701194DEST                154.94
10/25/2007  H104   DAMAGES HOLD                           701194DEST                 59.96
01/30/2008  H111   LIBRARY HOLD                           702155BOOK                  7.50

                                                                                  CURRENT
                                                                                 AVAILABLE
                                                                                  BALANCE
                                                                                 ---------
                                                                                   222.40-
```