| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| 8 | DARRELL COURTNEY, | ) | <u>No. C 08-1791 JSW (PR)</u> |
| 9 | Plaintiff, | ) | |
| 10 | v. | ) | JUDGMENT |
| 11 | R. MOUSER, | ) | |
| 12 | Defendant. | ) | |

An order of judgment is hereby entered DISMISSING this action without prejudice.

IT IS SO ORDERED.

DATED: May 30, 2008

_____
JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DARRELL COURTNEY,

    Plaintiff,

v.

RICHER MOSER et al,

    Defendant.

Case Number: CV08-01791 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 30, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Darrell Courtney J94495
P.O. Box 290066
Represa, CA 95671

Dated: May 30, 2008

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

2